UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Plaintiff,

v.

DR. DENNIS CONNORS, *et al.*,

    Defendants.

Case No.  C06-5417 FDB/KLS

REPORT AND RECOMMENDATION

**NOTED:**
**November 17, 2006**

This civil rights action been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. §§ 636(b)(1) and Local MJR 3 and 4.  The Court is advised by Plaintiff that he no longer wishes to pursue this action.

**DISCUSSION**

Plaintiff has filed a motion to voluntarily dismiss his action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stating that he shall seek legal redress through the Public Disclosure Act.  (Dkt. # 9).

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides, in pertinent part:

> [A]n action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs . . . .

REPORT AND RECOMMENDATION
Page - 1

## **CONCLUSION**

The court should dismiss this action as plaintiff has voluntarily requested dismissal. No answer or motion for summary judgment has been filed by the defendant. A proposed order accompanies this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report and Recommendation to file written objections. *See also* Fed. R.Civ.P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **November 17, 2006**, as noted in the caption.

DATED this  17th  day of October, 2006.

Karen L. Strombom
United States Magistrate Judge